DENISE M. VISCONTI, Bar No. 214168
dvisconti@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
COVIDIEN LP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN KHOBRAGADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COVIDIEN LP, a Delaware limited partnership,<br><br>Defendant. | Case No. 3:16-cv-0468 WQH NLS<br><br>Hon. William Q. Hayes<br>Courtroom: 14B<br><br>**DEFENDANT COVIDIEN LP'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[Local Civil Rule 40.2]** |

Pursuant to United States District Court, Southern District of California Local Civil Rule 40.2, the undersigned, counsel of record for Covidien LP, certifies that it is unaware of any parties that have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: December 2, 2016

                                            s/ Denise M. Visconti
                                            Denise M. Visconti
                                            LITTLER MENDELSON, P.C.
                                            Attorneys for Defendant
                                            COVIDIEN LP

Firmwide:144196606.1 014245.2127

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Case No. 3:16-cv-00468-WQH-NLS

DENISE M. VISCONTI, Bar No. 214168
dvisconti@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
COVIDIEN LP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN KHOBRAGADE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COVIDIEN LP, a Delaware limited partnership,<br><br>Defendant. | Case No. 3:16-cv-00468 WQH NLS<br><br>**DECLARATION OF SERVICE** |

I, MAXINE HORTON, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 501 West Broadway, Suite 900, San Diego, California 92101.

On December 2, 2016, I served the following document(s):

**DEFENDANT COVIDIEN LP'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

///

///

///

///

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Case No. 3:16-cv-00468-WQH-NLS

on the parties in this action addressed as follows:

| | |
|---|---|
| William D. Bowen<br>wbowen@economyofmind.com<br>LAW OFFICES OF WILLIAM D. BOWEN<br>631 Caleb Street<br>Glendale, CA 91202<br>Telephone: (213) 761-4332<br>Fax: (213) 402-8145 | Attorneys for Plaintiff<br>ASHWIN KHOBRAGADE |

**VIA CM/ECF ELECTRONIC FILING SYSTEM:** I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the United States District Court for the Southern District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 2, 2016 at San Diego, California.

_____
MAXINE HORTON

Firmwide:144275695.1 014245.2127