William D. Bowen (SBN 254398)
wbowen@economyofmind.com
LAW OFFICES OF WILLIAM D. BOWEN
14662 Horticultural Drive
Hacienda Heights, CA 91745
Telephone: 213.761.4332
Facsimile: 213.402.8145

*Attorneys for Plaintiff Ashwin Khobragade*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN KHOBRAGADE,<br><br>Plaintiff,<br><br>vs.<br><br>COVIDIEN LP,<br><br>Defendant. | Case No.: 3:16-cv-00468-WQH-AGS<br><br>Hon. William Q. Hayes<br><br>**JOINT RULE 26(f) REPORT**<br><br>Complaint filed: February 19, 2016 |

Counsel for the Plaintiff Ashwin Khobragade ("Plaintiff" or "Khobragade") and counsel for Defendant Covidien LP ("Covidien" or "Defendant"), conducted a telephonic conference in accordance with Fed. R. Civ. P. 26(f), and this Court's June 26, 2017 Notice and Order: (1) For Early Neutral Evaluation and (2) Setting Rule 26 Compliance and Case Management Conference (Dkt. # 16) (the "Order") on July 12, 2017. William D. Bowen and Plaintiff Ashwin Khobragade participated in the conference on behalf of Plaintiff. Deidra A. Nguyen participated on behalf of Defendant. Plaintiff and Defendant (jointly, the "Parties") jointly submit this Discovery Plan detailing the results of the conference.

## I. FED. R. CIV. P. 26(f)(3) ISSUES TO ADDRESS

A. What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.

No changes are needed to Rule 26(a) disclosures. The Parties agree that initial disclosures shall be made as specified in the Order.

B. The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

The Parties anticipate that discovery may be taken on subjects such as the motivations and process surrounding Plaintiff's termination, any performance and conduct issues related to Plaintiff's employment and termination, Plaintiff's leaves of absence, and the facts and process surrounding Plaintiff's immigration status. The Parties agree that there is no need to conduct discovery in phases or limit or focus it to particular issues and do not currently propose or anticipate changes to

the standard discovery procedures as outlined in the Federal Rules of Civil Procedure, with the specific deadlines contemplated in the Order.

C. Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

The Parties agree that there are no special issues relating to disclosure or discovery of electronically stored information in this matter.

D. Any issues about claims of privilege or of protection as trial-preparation materials, including – if the Parties agree on a procedure to assert these claims after production – whether to ask the Court to include their agreement in an order.

The Parties agree that claims of privilege, including attorney work product, shall be governed by the Federal Rules of Civil Procedure and prevailing case law. To the extent responsive to permissible discovery requests, the Parties agree to provide privilege logs for pre-suit privileged documents or communications and that privilege logs are not required for post-suit privileged documents or communications.

E. What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

The Parties currently do not propose or anticipate any changes to the limitations on discovery.

F. Any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c).

The Parties currently do not propose or anticipate requesting any other orders under Rule 26(c) or under Rule 16(b) and (c).

Respectfully submitted,

Dated: July 20, 2017  LAW OFFICES OF WILLIAM D. BOWEN

By: ____/William D. Bowen/_____
   William D. Bowen

*Attorneys for Plaintiff Ashwin Khobragade*

Dated: July 20, 2017  LITTLER MENDELSON P.C.

By: ___/ Deidra A. Nguyen /_ _____
   Deidra A. Nguyen
   Email: DANguyen@littler.com

*Attorneys for Defendant Covidien, LP*

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document

1 | is acceptable to Deidra A. Nguyen, counsel for Defendant, and that I have obtained
2 | Ms. Nguyen's authorization to affix her electronic signature to this document.

Dated: July 20, 2017          LAW OFFICES OF WILLIAM D. BOWEN

By: __/William D. Bowen/_____
     William D. Bowen

*Attorneys for Plaintiff Ashwin Khobragade*