# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN KHOBRAGADE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COVIDIEN LP,<br><br>　　　　　　　　　　Defendant. | Case No.: 16-cv-0468-WQH-AGS<br><br>**ORDER RESETTING THE MANDATORY SETTLEMENT CONFERENCE** |

Due to Judge Schopler's temporary unavailability, the May 21, 2018 Mandatory Settlement Conference is vacated and rescheduled for **July 17, 2018**, at **9:00 a.m.** Any party who has not yet submitted a confidential settlement statement may do so by **July 10, 2018.**

The Court further notes that it received another ex parte communication from Plaintiff Ashwin Khobragade in the form of an email dated May 15, 2018. The Court has not reviewed the contents of the email because ex parte communications are strictly prohibited. See S.D. Cal. Civ. R. 83.9 ("Parties to an action must refrain from . . . otherwise communicating with the judges unless opposing counsel is present.").

**IT IS SO ORDERED.**

Dated: May 17, 2018

　　　　　　　　　　　　　　　　　　*Ruben Brooks*
　　　　　　　　　　　　　　　　　　Hon. Ruben B. Brooks
　　　　　　　　　　　　　　　　　　United States Magistrate Judge