

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN KHOBRAGADE,<br><br>                Plaintiff,<br>vs.<br>COVIDIEN LP,<br><br>                Defendant. | CASE NO. 16cv468WQH<br><br>ORDER |

HAYES, Judge:

    The matter before this Court is the motion to seal declaration of facts and memorandum of points and authorities in support of motion for protective order filed by Plaintiff. Plaintiff requests that the court order the pleading filed under seal in the record because it contains sensitive and personal information.

    "A party seeking to seal a judicial record ... bears the burden of overcoming [a] strong presumption [in favor of public access] by meeting the compelling reasons standard." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citations and quotations omitted). A party seeking to seal court documents can overcome the presumed right to access "only by [establishing] an overriding right or interest 'based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Oregonian Publ'g Co. v. U.S. Dist Court for the Dist. of Or.*, 920 F.2d 1462, 1465 (9th Cir. 1990) (quoting *Press-Enterprise Co. v. Superior Ct.*, 464 U.S. 501, 510 (1985).

The Court has reviewed the motion and finds that Plaintiff has not limited the request to seal to information supported by compelling reasons for sealing. The Court concludes that the motion to seal is not narrowly tailored to overcome the presumption in favor of public access.

IT IS HEREBY ORDERED that the motion to seal declaration of facts and memorandum of points and authorities in support of motion for protective order is denied. The Clerk of the Court shall return the motion to seal declaration of facts and memorandum of points and authorities in support of motion for protective order to Plaintiff; and file this order on the docket in the record.

Dated: 9/10/18

WILLIAM Q. HAYES
United States District Judge