UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashwin KHOBRAGADE,<br><br>Plaintiff,<br><br>v.<br><br>COVIDIEN LP,<br><br>Defendants. | Case No.: 16-cv-0468-WQH-AGS<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION TO RECONSIDER (ECF No. 100)** |

On October 4, 2018, Judge Stanley A. Boone denied plaintiff's motion to reopen discovery. (*See* ECF No. 93.) On October 9, 2018, plaintiff filed a motion to reconsider Judge Boone's Order (ECF No. 94), which the Court denied. (*See* ECF No. 98.) Plaintiff has now filed a second motion to reconsider reopening discovery. (ECF No. 100.) Plaintiff presents no new evidence that would warrant reconsideration. For the reasons stated in this Court's denial of plaintiff's first motion to reconsider (*see* ECF No. 98), plaintiff's motion is denied. No further motions for reconsideration of plaintiff's motion to reopen discovery (ECF No. 89) will be considered by the magistrate judge.

Dated: October 18, 2018

_____

Magistrate Judge Marc L. Goldman

1